UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES ARMY RESERVES, et al.,<br><br>  Defendants. | No. 2:24-cv-02431-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 20, 2025 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 12.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2025, are ADOPTED IN FULL; and

1     2.  This action is DISMISSED, without prejudice, for lack of prosecution and for failure to
2  comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.
3     3.  The Clerk of Court is directed to close the case.
4  Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2